IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | |
| Plaintiff, | 8:19-CV-234 |
| vs. | ORDER |
| ACASS SYSTEMS, LLC, et al., | |
| Defendants. | |

This matter is before the Court on the plaintiff's unopposed motion to deposit funds into the registry of the Court (filing 15) and the Court's own order of June 14, 2019 (filing 18) asking the parties to state their positions on whether this case should be referred to the bankruptcy court. Having reviewed the parties' responses, the Court is persuaded by the bankruptcy trustee's position (filing 25).

Specifically, the Court agrees that while reference to the bankruptcy court is likely to be appropriate if, as suggested, the trustee asserts a core bankruptcy crossclaim and other claims related to the bankruptcy are pled. But, as the trustee points out, those claims are not yet pending. So, on the claim *currently pled*—that is, the interpleader—reference is premature, and interpleader is appropriate. Accordingly,

IT IS ORDERED:

1. The plaintiff's unopposed motion to deposit funds into the registry of the Court (filing 15) is granted.

2.  The plaintiff may deposit the funds in its possession that are at issue with the Clerk of the Court pursuant to Fed. R. Civ. P. 67.

3.  The Clerk of the Court shall deposit the funds into an interest-bearing account until further order of the Court.

Dated this 11th day of July, 2019.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge