# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ACASS SYSTEMS, LLC, BRIAN KRUSE, as Trustee of Acass Systems, LLC; BIZCAPITAL BIDCO I, LLC, and COLLEEN CASS,<br><br>　　　　Defendants. | **8:19CV234**<br><br>**SHOW CAUSE ORDER** |

The records of the court show that on June 14, 2019, (Filing No. 19), a letter was sent to Attorney Benjamin C. Deaver from the Office of the Clerk directing him to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.").

As of September 10, 2019, Attorney Benjamin C. Deaver has not complied with the Clerk's letter.

Accordingly,

IT IS ORDERED,

On or before September 24, 2019, Attorney Benjamin C. Deaver must register for the System or show cause by written affidavit why compliance is not possible as required under the rules of the court.

Dated this 10th day of September, 2019.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　United States Magistrate Judge