# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| In Re: | Bankruptcy No. 18-81299 |
| ACASS-Systems, LLC, | Chapter 7 |
| Debtor / | |
| Plaintiff, | |
| v. | Adversary No. 19-08023 |
| ACASS Systems, LLC,<br>Brian S. Kruse, Bankruptcy Trustee,<br>BizCapital BIDCO I, LLC,<br>Colleen Cass, | U.S. Dist Ct. Case No.<br>8:19-CV-234 |
| Defendants, / | |
| Brian S. Kruse, | |
| Cross Claimant, | |
| vs. | |
| Colleen Cass, | |
| Cross Defendant, / | |
| Colleen Cass, | |
| Cross Claimant, | |
| vs. | |
| ACASS Systems, LLC,<br>BizCapital BIDCO I, LLC,<br>Brian Kruse, as Trustee of ACASS Systems, LLC, | |
| Cross Defendants. / | |

**ORDER APPROVING SETTLEMENT AGREEMENT AND MUTUAL RELEASE AND
REPORT AND RECOMMENDATION TO THE DISTRICT COURT**

I. **ORDER APPROVING SETTLEMENT AGREEMENT AND MUTUAL RELEASE**

On April 2, 2020, the Bankruptcy Trustee filed an Amended Motion to Approve Settlement of Claims to Life Insurance Proceeds and Associated Litigation. Bankr. Case No. 18-81299, Doc. 259; Adv. Case No. 19-8023, Doc. 32. The Trustee attached the Settlement Agreement and Mutual Release signed by the Trustee, BizCapital BIDCO I, LLC and Colleen Case. Bankr. Case No. 18-81299, Doc. 259-1; Adv. Case No. 19-8023, Doc. 32-1. The Trustee filed, served and noticed the amended motion pursuant to local rules. The Court received no timely objection.

Based on the motion and attached documents, the facts included in the Settlement and Mutual Release and other documents filed in this case, the Court finds that the Settlement Agreement is fair and equitable, reflects a balance of the risks of litigation with potential recovery and appears to be in the best interest of the bankruptcy estate. Therefore, **IT IS ORDERED** that the Amended Motion to Approve Settlement of Claims to Life Insurance Proceeds and Associated Litigation is **GRANTED**. The Settlement and Mutual Release [Bankr. Case No. 18-81299, Doc. 259-1; Adv. Case No. 19-8023, Doc. 32-1] is **APPROVED**. The Trustee's request for waiver of the stay under Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is also granted.

II. **REPORT AND RECOMMENDATON**

On May 28, 2019, Plaintiff United of Omaha Life Insurance Company initiated an interpleader action in the United States District Court for the District of Nebraska. Dist. Ct. Case No. 8:19-CV-234. Approximately two weeks later, it filed a motion to deposit funds in the Court Registry, which the District Court granted. On July 18, 2019, the

Court received and deposited $5,050,402.74 in the Court Registry.

Several days later United of Omaha filed a motion seeking to be dismissed as a party in the interpleader case. It sought other relief as well. BizCapital opposed United of Omaha's motion and filed a Motion for Leave to File a Counterclaim against United of Omaha. The District Court denied BizCapital's Motion for Leave to File a Counterclaim without prejudice, and it granted United of Omaha's Motion to Dismiss. It dismissed United of Omaha as a party to the interpleader action. In the same order, the District Court referred the unresolved cross claims remaining in the interpleader action to the Bankruptcy Court.

After several months of discovery, the parties resolved their disputes. For the reasons provided above, the Court approved their settlement. Accordingly, I respectfully recommend to the District Court that it enter an order resolving the interpleader action (District Court Case N. 8:19-CV-234) and granting the Clerk of District Court authority to disburse the funds deposited in the Court Registry in accordance with the terms of the Settlement Agreement and Mutual Release.

Dated this 24th day of April, 2020.

/s/Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court
Sitting by Designation